IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lundy, Zettie C

Printed: 03/10/09

Case Number: 05 B 63593
Judge: Wedoff, Eugene R
Filed: 11/23/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: February 20, 2009
Confirmed: January 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,900.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 960.69 |
| Priority: | | 0.00 |
| Administrative: | | 2,710.00 |
| Trustee Fee: | | 217.31 |
| Other Funds: | | 12.00 |
| Totals: | 3,900.00 | 3,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,710.00 | 2,710.00 |
| 2. | Surety Finance | Unsecured | 118.39 | 157.80 |
| 3. | United States Dept Of Education | Unsecured | 183.83 | 245.02 |
| 4. | Capital One | Unsecured | 63.32 | 84.40 |
| 5. | Nicor Gas | Unsecured | 82.51 | 109.95 |
| 6. | Beta Finance Co | Unsecured | 272.73 | 363.52 |
| 7. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 8. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 9. | Credit Management Service | Unsecured | | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 11. | Comcast | Unsecured | | No Claim Filed |
| 12. | AT&T Broadband | Unsecured | | No Claim Filed |
| 13. | CBA | Unsecured | | No Claim Filed |
| 14. | Credit Protection Association | Unsecured | | No Claim Filed |
| 15. | Mx Energy | Unsecured | | No Claim Filed |
| 16. | Culligan Water Conditioning | Unsecured | | No Claim Filed |
| 17. | Elmhurst Memorial Hospital | Unsecured | | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 19. | Park Dansan | Unsecured | | No Claim Filed |
| | | | $ 3,430.78 | $ 3,670.69 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lundy, Zettie C

Printed: 03/10/09

Case Number: 05 B 63593
Judge: Wedoff, Eugene R
Filed: 11/23/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 30.25 |
| 5% | 17.50 |
| 4.8% | 28.80 |
| 5.4% | 72.90 |
| 6.5% | 42.26 |
| 6.6% | 25.60 |
| | $ 217.31 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

